No. 93–5846.  RICHARDS v. MEDICAL CENTER OF DELAWARE INC. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–5856.  HILL v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 93–5858.  FOSTER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 93–5861.  HERRERA v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 93–5862.  ENOCH v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 93–5866.  O'DIAH v. APPLIED RISK MANAGEMENT ET AL.; and O'DIAH v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–5868.  EARTHA D. v. ORANGE COUNTY SOCIAL SERVICES AGENCY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–5873.  LEWIS v. WILLIAMS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 93–5878.  BEAVERS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–5879.  TAYLOR v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 93–5880.  YOUNG v. LACKAWANNA COUNTY COURT OF COMMON PLEAS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–5883.  WILLIAMS v. WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–5884.  WHITE v. TEMPLE UNIVERSITY.  C. A. 3d Cir.  Certiorari denied.

No. 93–5885.  SHARPE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–5896.  HATCHETT v. JONES, WARDEN.  C. A. 11th Cir.  Certiorari denied.